# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES BURGESS

NO. 2019 KW 0604

AUG 0 5 2019

In Re:  Charles Burgess, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 607444.

BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT